STATE of Missouri, Respondent,

v.

David D. SMITH, Appellant.

No. WD 36604.

Missouri Court of Appeals,
Western District.

Dec. 3, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied Feb. 18, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, J., Presiding, and DIXON and LOWENSTEIN, JJ.

PER CURIAM:

Appeal from a jury trial and convictions of two counts of robbery in the second degree, § 569.030, RSMo 1978, and sentences of ten years and five years, to run consecutively.

Affirmed. Rule 30.25(b).